IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MELVIN TODD RELIFORD                                                                 PLAINTIFF

V.                                            CIVIL NO. 4:11-cv-04047

SGT. C. FINCHER; and
LT. MELSON                                                                           DEFENDANTS

## J U D G M E N T

For the reasons stated in the Memorandum Opinion of even date, Defendants' Motion for Summary Judgment (ECF No. 13) is hereby **GRANTED**, and the above styled case is dismissed with prejudice.

**IT IS SO ORDERED** this 19th day of March 2013.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE